UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

NO. 1:19-CV-515

| | |
|---|---|
| ARIS HINES & BRANDI THOMASON, | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :     PLAINTIFFS' MOTION TO EXTEND <br> :     EXPERT WITNESS REPORTS <br> :     DEADLINE |
| TERRY S. JOHNSON, individually and in his Official capacity as Sheriff of Alamance County, RANDY JONES, in his Official capacity as Deputy Sheriff of Alamance County, JOHN DOE CORPORATION, in its capacity as Surety on the Official Bond of the Sheriff of Alamance County, NGM INSURANCE COMPANY, and DOE DEPUTIES 1-10, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

**NOW COMES** Plaintiffs and moves the court for an order extending the discovery deadlines set out in the Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan and shows unto the Court the following:

1. That the Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan identifies the following deadline:
   Reports required by Rule 26(a)(s)(B): July 22, 2022 for Plaintiff

2. That the undersigned has been engaged in numerous court matters during June and July which has consumed substantial office time.

3. The undersigned was unable to locate an expert witness until on or about July 12, 2022, due to the specific nature of the expert's knowledge. Furthermore, several experts previously reviewed the instant matter and have declined to be involved.

4. Plaintiffs provided two expert witnesses in their responses to Alamance County Defendant's First Set of Interrogatories and Request for Production of Documents that were produced on July 15, 2022. However, since then one of the named experts has decided to not be an expert witness in this matter.

5. That the date for the completion of all discovery (general and expert) is October 24, 2022.

6. That additional discovery needs to be conducted for Plaintiffs' purported experts to provide expert reports.

7. That Plaintiffs requires additional time to secure an expert witness report pursuant to Rule 26(a)(2)(B).

8. That counsel for Plaintiffs has conferred with Defendants' counsel but has not received a response regarding Defendants' position relating to this motion.

WHEREFORE, the undersigned prays for an extension of time to file the expert witness report in this matter up to and including September 5, 2022.

This the 22nd day of July, 2022.

/s/ M. Anthony Burts II
M. Anthony Burts II (NCSB #49878)

/s/ Onyema Ezeh
Onyema Ezeh (NCSB #43394)
*Attorney for Plaintiffs*

**Burts Law, PLLC**
PO Box 102
Newton, NC 28658
T: (704) 751-0455
F: (704) 413-3882
anthony@burtslaw.com

**The Oxbridge Law Firm**
2520 Sardis Road North, Suite 112
Charlotte, NC 28227
T: (704) 817-8774
ezeh@theoxbridgelawfirm.com

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing *Plaintiff's Motion to Extend Expert Witness Reports Deadlines* was electronically filed on July 22, 2022 with the Clerk of Court using the EM/ECF system which will send notification to the following:

William Hill
Frazier, Hill & Fury, RLLP
2307 W. Cone Blvd
Suite 260
Greensboro, NC 27408
whill@frazierlawnc.com
*Attorney for Alamance County Defendants*

Michael R. Ortiz
Heather E. Connor
Ortiz & Doyle, PLLC
Post Office Box 30427
Raleigh, NC 27622
mortiz@oslawnc.com
hconnor@oslawnc.com
*Attorneys for Defendant NGM Insurance Company*

This the 22nd day of July, 2022.

/s/ M. Anthony Burts II
M. Anthony Burts II (NCSB #49878)

/s/ Onyema Ezeh
Onyema Ezeh (NCSC #43394)